1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GAYLE MARIE MEDEIROS, aka            No. 2:17-CV-2457-CMK-P
     Gayle Marie Burkhart Medeiros,
12
                  Petitioner,
13
         vs.                                    ORDER
14
     SOLEDAD MORENO,
15
                  Respondent.
16

17   _____/

18          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.

20          Pursuant to Eastern District of California Local Rules, this case was not assigned

21   to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

22   jurisdiction and the court now finds that assignment of a District Judge is necessary to properly

23   address the case.

24   / / /

25   / / /

26   / / /

                                    1

1         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

2 randomly assign a District Judge and to update the docket to reflect the new case number.

3

4   DATED:  August 3, 2018

5

                                          _____

6                                         **CRAIG M. KELLISON**

                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26